1
 2025 CO 14 In Re The People of the State of Colorado, In the Interest of Juvenile: J.D. No. 24SA193
Supreme Court of Colorado, En Banc
May 5, 2025
 
           El
 Paso County District Court Case Nos. 23JD115, 23JD126,
 23JD132, 23JD222, 23JD238, 23JD722 & 23JD726 Honorable
 Linda M. Billings Vela, Judge Honorable Diana May, Judge
 
 
 
          Petition
 for Rehearing DENIED.
 
 
          
 JUSTICE HOOD, JUSTICE GABRIEL, and JUSTICE BERKENKOTTER would
 grant the petition.